MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
SUSAN E. BADGER (CABN 124365)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    FAX: (415) 436-7234
    Susan.Badger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GEORGE NIEH,<br><br>    Defendant. | No.: 3-14 70421 MAG (NC)<br><br>STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF DOCUMENTS AND AMENDMENT OF TERMS AND CONDITIONS OF RELEASE |

The defendant, George Nieh, made an initial appearance on a criminal complaint before Magistrate Judge Nathanael Cousins on March 26, 2013. The defendant was in custody and was represented by Assistant Federal Public Defender Elizabeth Falk. The government moved for detention of the defendant. However, after the defense advised the Court that the defendant has medical issues relating to dialysis, the Court ordered the defendant released on a personal recognizance bond with certain conditions, including electronic monitoring. The bond provides that the defendant is permitted to leave home for medical appointments and court appearances. In order to verify the defendant's

representations about his need for dialysis treatment the next day and to assess issues regarding detention or release, the Court ordered the defendant to provide documentation from his physician describing the defendant's condition and course of care.

The defendant next appeared before the Court on March 28, 2014 with provisionally-appointed counsel, Gil Eisenberg.  The Court advised the parties that it had received the medical documentation from the defendant.

The parties have discussed the matter and hereby stipulate and move the Court for an order requiring Pre-Trial Services to provide the government copies of any medical documentation and information provided by the defendant or his counsel to the Court.  Going forward, the defense agrees to provide the government with copies of any information and documentation relating to defendant's medical condition that the defendant provides to the Court and Pre-Trial Services.

The matters of appointment of counsel and bail review are scheduled to be heard by the Court on April 3, 2014 at 11:00 a.m.  At that time, the issue of detention or release will be revisited.  In the interim, the defense seeks a modification of the terms and conditions of release to permit the defendant to leave his residence in order to visit his attorney.  It is understood that all such visits will be pre-approved by Pre-Trial Services.  The government has no objection to this modification of the current terms and conditions of release.

SO STIPULATED.

                                                MELINDA HAAG
United States Attorney

_____/s/_____
Date:   March 31, 2014                           SUSAN E. BADGER
                                                 Assistant United States Attorney

_____/s/_____
Date:   March 31, 2014                           GIL EISENBERG
                                                 Counsel for George Nieh

STIP. & [PROPOSED] ORDER FOR RELEASE OF DOCUMENTS
& AMENDMENT OF TERMS & CONDITIONS OF RELEASE
3-14-70421 MAG                                   2

**[PROPOSED] ORDER**

Based upon the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that Pre-Trial Services provide to the government copies of all medical documentation and information provided by the defendant or his counsel to Pre-Trial Services to date.

IT IS FURTHER ORDERED that the terms and conditions of the defendant's release are modified to permit the defendant to leave his residence in order to meet with his attorney at his attorney's office or the Federal Courthouse at 450 Golden Gate Avenue, San Francisco, CA. The defendant or his counsel will notify, and obtain permission from, Pre-Trial Services in advance of such visits.

Date:

_____
NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE