IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00196 CRB |
| Plaintiff, | **ORDER SETTING HEARING** |
| v. | |
| KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al. | |
| Defendants. | |

The Court is in receipt of a Notice filed by the government, which attaches a letter of April 24, 2017 from Doren Weinberg to government counsel. See Notice (dkt. 1763), Ex. A (dkt. 1763-1). In light of the submission, the Court SETS a hearing at 11:00 A.M. on Thursday, May 4, 2017. Government counsel, as well as Doron Weinberg, Teresa Caffese, Gilbert Eisenberg, Peter Fitzpatrick, Dennis P. Riordan, Michael Stepanian, and Robert Waggener, and their clients, are DIRECTED to attend.

**IT IS SO ORDERED.**

Dated: April 28, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE